# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| Case No. | CV 25-05376-FWS (SK) | Date | June 18, 2025 |
|----------|----------------------|------|---------------|
| Title | Leonel Navarrete Hernandez v. Todd Lyons et al | | |

PRESENT:

### HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE

| Rolls Royce Paschal | Miriam Baird |
|---------------------|--------------|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:      ATTORNEYS PRESENT FOR DEFENDANT:

Jean Elizabeth Reisz                          Randy Hsieh
Niels W Frenzen

**PROCEEDINGS:   EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AS TO STAY OF REMOVAL AND RELEASE [4]**

Ex Parte Application for Temporary Restraining Order as to Stay of Removal and Release [4] hearing held.   The Court hears oral argument from the parties.   The Court takes the Motion under submission.   Order to issue.

|  | : | 35 |
|--|---|-----|
| Initials of Deputy Clerk | rrp | |

cc: